IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA DIANNA MIDDLETON, | No. CV-05-575-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| JOANNE B. BARNHART, Commissioner of the Social Security Administration, | |
| Defendant. | |

On June 28, 2007, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 36). The Recommendation advised the Court to DENY the Plaintiff's Motion for Summary Judgment (Docket No. 32) and GRANT the Defendant's Motion for Summary Judgment (Docket No. 29).

The Court considers the Recommendation (Docket No. 36) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Pyle.

DATED this 13th day of July, 2007.

_____
Raner C. Collins
United States District Judge